IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )         8:09CR221
                             )
         v.                  )
                             )
ROBERT TAYLOR,               )         ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on the report and recommendation (Filing No. 29) of the magistrate judge, recommending that the motion to suppress (Filing No. 15) be denied. The Court notes no objections have been filed thereto.

The Court has reviewed the motion to suppress, the brief in support of the motion (Filing No. 16), and the transcript of the hearing (Filing No. 32), and finds that the report and recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted.

2) Defendant's motion to suppress is denied.

DATED this 20th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court