UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR221 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT TAYLOR, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 49). The Court has reviewed the record in this case and finds as follows:

1. On January 8, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c) based upon the defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in a the Remington Model 597, .22 caliber rifle; a Ruger .22 caliber, Model 10/22 rifle; a Beretta CX4 Storm 9mm rifle; a Tikka T3 30-06 caliber rifle; a Romanian SKS rifle 5.45x39mm; a Ruger Model 10-22 .22 caliber rifle; and a Russian SKS 7.62x39mm were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov for at least thirty consecutive days, beginning on March 17, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on May 24, 2010 (Filing No. 48).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the Remington Model 597, .22 caliber rifle; the Ruger .22 caliber, Model 10/22 rifle; the Beretta CX4 Storm 9mm rifle; a Tikka T3 30-06 caliber rifle; the Romanian SKS rifle 5.45x39mm; the Ruger Model 10-22 .22 caliber rifle; and the Russian SKS 7.62x39mm held by any person or entity, is hereby forever barred and foreclosed.

C.  The Remington Model 597, .22 caliber rifle; the Ruger .22 caliber, Model 10/22 rifle; the Beretta CX4 Storm 9mm rifle; the Tikka T3 30-06 caliber rifle; the Romanian SKS rifle 5.45x39mm; the Ruger Model 10-22 .22 caliber rifle; and the Russian SKS 7.62x39mm, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 25th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court