IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT TAYLOR,<br><br>    Defendant. | 8:09CR221<br><br>ORDER |

  Defendant Robert Taylor appeared before the court on March 16, 2015 on a Petition for Warrant for Offender Under Supervision [56]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held on Monday, March 23, 2015. The government's motion for detention was withdrawn. Therefore, the defendant will be released on current and modified conditions of supervision.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on April 16, 2015 at 11:00 a.m. Defendant must be present in person.

  2. The defendant is to be released on current and modified conditions of supervision.

  Dated this 23rd day of March, 2015

                  BY THE COURT:

                  s/ F.A. Gossett, III
                  United States Magistrate Judge