IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR221 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's letter/motion (Filing No. 104) seeking clarification of how much credit he should receive for time served. According to the United States Marshal, defendant was in federal custody for approximately 79 days before starting his state sentence. However, the awarding of credit for time served is determined by the Bureau of Prisons at the time of an inmate's classification. Accordingly,

IT IS ORDERED that defendant's request seeking clarification of how much credit he should receive is denied.

DATED this 30th day of May, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court